UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Jamal Damon Hendrix,

   Plaintiff

v.

Charlene Murphy,

   Defendant

Case No. 2:25-cv-00740-CDS-MDC

**Order Adopting Magistrate Judge's Report and Recommendation**

[ECF No. 5]

  Plaintiff Jamal Hendrix brings this civil-rights lawsuit against defendant Charlene Murphy, an employee of SpeedeeMart 76 Travel Center Inc. Compl., ECF No. 1-1. In May 2025, United States Magistrate Judge Maximiliano D. Couvillier III dismissed Hendrix's complaint but allowed him an opportunity to amend by June 26, 2025. Order, ECF No. 4. Judge Couvillier cautioned Hendrix that failure to do so would result in a recommendation that the action be dismissed. *Id.* at 8. The deadline passed, and Hendrix did not file an amended complaint or otherwise respond, so Judge Couvillier issued a report and recommendation (R&R) that this case be dismissed. R&R, ECF No. 5. Hendrix had until July 29, 2025, to file any objections to the R&R. *Id.* at 3; Local Rule IB 3-2(a) (stating that parties wishing to object to an R&R must file objections within fourteen days); *see also* 28 U.S.C. § 636(b)(1)(C) (same). Hendrix has neither objected to the recommendation nor requested more time to do so; and "no review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless reviewed the magistrate judge's R&R and agree that, based on Hendrix's failure to comply with the court's order, the factors found in *Thompson v. Hous. Auth. of City of L.A.* weigh in favor of dismissal. ECF No. 5. So I accept the R&R in full.

## Conclusion

IT IS HEREBY ORDERED that the magistrate judge's report and recommendation **[ECF No. 5] is accepted and adopted in its entirety**. This action is DISMISSED without prejudice based on Hendrix's failure to file an amended complaint and a long-form application to proceed *in forma pauperis* in compliance with Judge Couvillier's order.

The Clerk of Court is kindly directed to enter judgment accordingly, and to close this case.

Dated: August 4, 2025

_____
Cristina D. Silva
United States District Judge